IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERRY ALEXANDER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEAN MEILING, et al.,<br><br>    Defendants. | MC 24-7-M-KLD<br><br><br>**ORDER** |

    Assignee of Record, Crossroads Associates, LLC, moves for the admission of Armen Manasserian to practice before this Court in this case with Tom Stusek to act as local counsel.  Mr. Manasserian's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Assignee of Record's motion to admit Armen Manasserian pro hac vice is GRANTED on the condition that Mr. Manasserian shall do his own work.  This means that Mr. Manasserian must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

//

//

//

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Manasserian, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 7th day of October, 2024.

                                                  _____
                                                  Kathleen L. DeSoto
                                                  United States Magistrate Judge